# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JAMES C. BROWN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV415-180 |
| PIER 1 IMPORTS DISTRIBUTION CENTER, | ) |
| Defendant. | ) |

## ORDER

On July 1, 2015, the Court allowed plaintiff to proceed *in forma pauperis* but ordered him to pay a partial filing fee of $100. Doc. 5 at 2. He timely complied on July 6, 2015. The Clerk therefore is **DIRECTED** to forward a copy of plaintiff's complaint, doc. 1, and a summons to the United States Marshal for service on defendant. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

**SO ORDERED** this 16Th day of July, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA