UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES C. BROWN, )
 )
      Plaintiff, )
 )
v. ) Case No. CV415-180
 )
PIER 1 IMPORTS DISTRIBUTION )
CENTER, )
 )
      Defendant. )

## ORDER

The Court having reviewed and considered the petitions of Russell D. Cawyer and Paige P. Biggs of the law firm of Kelly Hart & Hallman LLP, 201 Main Street, Suite 2500, Fort Worth, Texas 76102, for permission to appear pro hac vice on behalf of defendant Pier 1 Imports Distribution Center, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Russell D. Cawyer and Paige P. Biggs as counsel of record for defendant Pier 1 Imports Distribution Center, in this case.

**SO ORDERED** this   24th   day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA